UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FELICIA MARIE DYER,

           Plaintiff,                            Civil Action No.
                                                        10-CV-10130

vs.

                                                        HON. MARK A. GOLDSMITH

SHADEHAEDA HARDWICK, et al.,

            Defendants.
_____/

## ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION DATED NOVEMBER 4, 2011 and STRIKING NEWLY ADDED DEFENDANTS FROM PLAINITFF'S THIRD AMENDED COMPLAINT

This matter is presently before the Court on the Report and Recommendation ("R&R") of Magistrate Judge Laurie J. Michelson, issued on November 4, 2011. The Magistrate Judge recommends that Terri Hockenhull, R. Staplitonba, and Jane Doe (an unknown mailroom employee) be stricken as party defendants from Plaintiff's third amended complaint. Plaintiff has not objected to the R&R and the time to do so has expired. After review, the Court agrees with the Magistrate Judge that Plaintiff has improperly attempted to name these individuals as party defendants. Accordingly, the Magistrate Judge's R&R of November 4, 2011 is accepted and adopted as the findings and conclusions of the Court, and the above-named purported defendants are stricken from the third amended complaint.

        SO ORDERED.

Dated: December 14, 2011                            s/Mark A. Goldsmith
       Flint, Michigan                                 MARK A. GOLDSMITH
                                                        United States District Judge

## CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 14, 2011.

                                                     s/Deborah J. Goltz
                                                     DEBORAH J. GOLTZ
                                                     Case Manager