UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FELICIA MARIE DYER,

       Plaintiff,                                  Civil Action No.
                                                    10-CV-10130

vs.

                                                     HON. MARK A. GOLDSMITH

SHADEHAEDA HARDWICK, et al.,

       Defendants,
_____/

**ORDER (1) ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, (2) OVERRULING PLAINTIFF'S OBJECTIONS, and (3) DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

      This matter is presently before the Court on the Report and Recommendation ("R&R") of Magistrate Judge Laurie J. Michelson, issued May 7, 2012. The Magistrate Judge recommends that Plaintiff's motion for a preliminary injunction be denied. Plaintiff has filed objections to the R&R. The Court reviews <u>de novo</u> those portions of the R&R to which a specific objection has been made. Fed. R. Civ. P. 72(b). Having done so, the Court concludes that Magistrate Judge Michelson correctly analyzed the issues presented and reached the proper result for the proper reasons. Accordingly, the Magistrate Judge's R&R is accepted and adopted as the findings and conclusions of the Court, Plaintiff's objections are overruled, and Plaintiff's motion for preliminary injunction (Dkt. 71) is denied.

      SO ORDERED.


Dated:  June 12, 2012                              s/Mark A. Goldsmith
       Flint, Michigan                            MARK A. GOLDSMITH
                                                  United States District Judge

## **CERTIFICATE OF SERVICE**

  The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 12, 2012.

                s/Deborah J. Goltz
                DEBORAH J. GOLTZ
                Case Manager